No. 97–2019. HORSLEY, SHERIFF, SAN MATEO COUNTY v. SANTAMARIA; and

No. 97–9296. SANTAMARIA v. HORSLEY, SHERIFF, SAN MATEO COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied. Reported below: 133 F. 3d 1242.